UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                                    Hon. Phillip J. Green

LASHON MOORE,
                                    Case No. 1:17-mj-00351

    Defendant.
_____/

## **ORDER OF DETENTION**

This matter is before the Court on the government's motion for pretrial detention. Defendant has been charged in a two-count Indictment. Count one charges defendant with conspiracy to obtain and transfer firearms, in violation of 18 U.S.C. §§ 371 and 2; and count 2 charges defendant with importing and manufacturing firearms without a license, in violation of 18 U.S.C. §§ 922(a)(1)(A) and 2.

The government sought defendant's detention on the basis that he is a danger to the community, 18 U.S.C. § 1342(f)(1), and that he poses a significant risk of flight, 18 U.S.C. § 3142(f)(2)(A). The Court conducted a hearing on November 14, 2017, at which defendant was represented by counsel.

Having considered the information presented at the hearing, the parties' oral submissions, and the information in the Pretrial Services Report, and for the

reasons stated on the record, the Court finds that the government has sustained its burden of proving by preponderant evidence, that defendant poses a significant risk of flight and has proven by clear and convincing evidence, that defendant poses a danger to the community.

Further, the Court finds that there is no condition or combination of conditions of release that will ensure the appearance of the defendant or the safety of the community.   Accordingly,

IT IS ORDERED that defendant is committed to the custody of the Attorney General pending trial.

DONE AND ORDERED on November 15, 2017.

    /s/ Phillip J. Green
PHILLIP J. GREEN
United States Magistrate Judge